```
 1
 2
 3
 4
 5
 6
 7
 8                      UNITED STATES DISTRICT COURT
 9                     CENTRAL DISTRICT OF CALIFORNIA
10
11  DARRELL LAMONT SMITH, JR.,   )  NO. EDCV 11-00545 RGK (SS)
                                 )
12                  Petitioner,  )
                                 )  **ORDER ADOPTING FINDINGS,**
13            v.                 )
                                 )  **CONCLUSIONS AND RECOMMENDATIONS**
14  TIM VIRGA, Acting Warden,    )
                                 )  **OF UNITED STATES MAGISTRATE JUDGE**
15                  Respondent.  )
                                 )
16  ─────────────────────────────
17
18       Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition,
19  all of the records and files herein, and the Magistrate Judge's Report
20  and Recommendation.  The time for filing Objections to the Report and
21  Recommendation has passed and no Objections have been received.
22  Accordingly, the Court accepts and adopts the findings, conclusions and
23  recommendations of the Magistrate Judge.
24  \\
25  \\
26  \\
27  \\
28  \\
```

1 | **IT IS ORDERED** that the Petition is denied and Judgment shall be entered dismissing this action with prejudice.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Judgment herein on Petitioner at his current address of record.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: May 18, 2011

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE