**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DARRELL LAMONT SMITH, JR.,      ) | NO. EDCV 11-00545 RGK (SS) |
|        Petitioner,   ) | |
|          ) | |
|      v.       ) | **JUDGMENT** |
|          ) | |
| TIM VIRGA, Acting Warden,    ) | |
|          ) | |
|       Respondent.   ) | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: May 18, 2011

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE